HATCH v. WHITE ET AL.

## Ann White, Adm'x, v. Richard L. Allen.

*Appeal from allowance by Commissioners: Declaration: Judgment.* Where, on the trial in the Circuit Court of an appeal from the allowance of commis sioners on claims against an estate, no new issue was formed, and no declaration filed, the report of the commissioners setting forth the nature of the claims, will be considered as the declaration in the case; and any judgment beyond the claims presented to the commissioners is erroneous.

*Heard and Decided April 14th.*

Error to Washtenaw Circuit.

This was an appeal from the allowance of commissioners on claims upon the estate of decedent.

In the Circuit Court no declaration was filed, or new issue formed.

The claim, as presented to the commissioners, as shown. by their report, was for the sum of $1,400, or thereabouts, balance due on account, and the judgment in the court below, upon the verdict of the jury, was for $2,800.

*A. Howell,* and *C. A. Stacy,* for plaintiff in error.

*Joslin & Blodgett,* for defendant in error.

The Court held that where, upon such an appeal, no new issue was formed in the Circuit Court, and no declar- tion filed, the report of the commissioners setting forth the nature of the claim, would stand as the declaration in the case; and any judgment in the Circuit Court beyond the claim presented to the commissioners, was erroneous.

Judgment reversed.